**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02961-GPG

JUVENCIA DARSHA TOWNSEND,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The amended Prisoner Complaints that Plaintiff filed on December 5, 2014 (ECF Nos. 9 and 10), fail to comply with the order of November 4, 2014 (ECF No. 4), directing Plaintiff to file an amended Prisoner Complaint that named all the parties she wanted to sue in the caption, complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, alleged the personal participation of each named Defendant, and complied with the legibility requirements of Rule 10.1 of the Local Rules of Practice for this Court.  Plaintiff will be given one final opportunity to file **within thirty (30) days from the date of this order** a single amended Prisoner Complaint – and only a single amended Prisoner Complaint – on the proper, Court-approved form that complies with the directives of the November 4 order.  Failure to do so within the time allowed may result in the dismissal of the instant action.

    The motion for appointment of counsel (ECF No. 8) filed on December 5, 2014, is denied as premature.  The motions filed on December 8, 2014, to set the complaint for trial (ECF No. 11), for initial disclosure (ECF No. 12), for default judgment (ECF No. 13), and for initial case management conference (ECF No. 14) also are denied as premature.  The motion filed on December 9, 2014, to serve and process (ECF No. 16) is denied as premature, as well.

Dated:  December 9, 2014