IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 15–cv–02961–RBJ–KMT

JUVENCIA DARSHA TOWNSEND,

    Plaintiff,

v.

EVERYINGHAM, Case Manager,
ROATCH, Case Manager,
DURAN, Case Manager,
JOHN C. ROBERTS, Corrections Officer,
SGT. TONYA GAMBLIN, Housing,
SGT. TODD CHRIST,
CAPTAIN MARK ALHOLTZ, Housing,
MAJOR BRIAN MCFEE, Housing,
LT. TRAXLER, Head Case Manager,
JACKSON, Case Manager,
DAVID JOHNSON, Warden,
DEETS, Case Manager,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Petition for Initial Disclosure" (Doc. No. 44, filed April 30, 2015) and Plaintiff's "Motion for Leave to File an Amended Complaint" (Doc. No. 36, filed April 30, 2015) are **DENIED**.

It appears Plaintiff wishes to amend the type and/or amount of relief she seeks (Doc. No. 44) and to add defendants (Doc. No. 36). Plaintiff may not amend her third amended complaint by simply filing piecemeal supplements or requests to add parties. Rather, she must file a motion to amend her complaint and attach the entire proposed fourth amended complaint. The plaintiff may not incorporate by reference her original or her first, second, or third amended complaint into the

proposed fourth amended complaint. The fourth amended complaint must stand alone; it must contain all of the plaintiff's claims. *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007) (stating that "an amended complaint supercedes an original complaint and renders the original complaint without legal effect") (internal quotations and citations omitted).

Dated: May 4, 2015